IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| MUAMAR SAYYED ASAD, § | | |
| a/k/a Muamar Asad Sayyed, § | | |
| § | | |
| Petitioner, § | | |
| § | | |
| v. § | 2:19-CV-107-M | |
| § | | |
| IMMIGRATION AND CUSTOMS § | | |
| ENFORCEMENT, § | | |
| § | | |
| Respondent. § | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE
## and DENYING CERTIFICATE OF APPEALABILITY

The United States Magistrate Judge entered Findings, Conclusions and Recommendation in this case, to which petitioner filed objections. The undersigned United States District Judge has reviewed *de novo* those portions of the Findings, Conclusions and Recommendation to which objection was made and reviewed the remaining Findings, Conclusions and Recommendation for plain error. Finding no error, the undersigned District Judge ACCEPTS the Findings, Conclusions and Recommendation of the Magistrate Judge.

Considering the record in this case, the court DENIES a certificate of appealability insofar as a certificate of appealability is needed. The Court accepts and incorporates by reference the Magistrate Judge's Findings, Conclusions and Recommendation filed in this case in support of its finding that petitioner has failed to show (1) that reasonable jurists would find this Court's "assessment of the constitutional claims debatable or wrong," or (2) that reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether

[this Court] was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

In the event petitioner files a notice of appeal:

( )    petitioner will proceed *in forma pauperis* on appeal.

(X)    petitioner will need to pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* on appeal.

SO ORDERED this 15th day of July, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE